IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PROCACCI BROS. SALES CORP. : CIVIL ACTION
:
v. :
:
FOUR RIVERS PACKING CO., INC. : NO. 09-cv-04067-JF

<u>ORDER</u>

AND NOW, this 1st day of April 2010, IT IS ORDERED:

That the decision and order of the Secretary of Agriculture dated August 6, 2009, is AFFIRMED.

Any application for counsel fees or expenses in this Court's proceeding must be filed within 20 days.

BY THE COURT:

<u>/s/ John P. Fullam</u>
John P. Fullam, Sr. J.