IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PROCACCI BROS. SALES CORP.　　　:　　CIVIL ACTION
　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
FOUR RIVERS PACKING CO., INC.　　:　　NO. 09-cv-04067-JF

ORDER

AND NOW, this 18th day of May 2010, upon consideration of the application for counsel fees and costs and the response thereto, IT IS ORDERED:

That the appellee, Four Rivers Packing Co., Inc. is awarded $25,000 in counsel fees, $463.09 in counsel's costs, and $3,500 in witness costs.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,　　Sr. J.